UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Daniel John Kauten

    Defendant.

Case:2:17-cr-20095
Judge: Cleland, Robert H.
MJ: Majzoub, Mona K.
Filed: 02-15-2017 At 03:55 PM
INFO USA V. KAUTEN (LH)

VIO: 18 U.S.C. § 2252A(a)(2)
       18 U.S.C. § 2252A(a)(5)(B)

---

## INFORMATION

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 2252A(a)(2)
Receipt of child pornography

On or about and between October 11, 2013 and April 23, 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, Daniel John KAUTEN, knowingly received child pornography as defined in 18 U.S.C. § 2256(8)(A), that is, visual depictions of sexually explicit conduct that involved prepubescent minors and minors who had not attained 12 years of age; and the images distributed by the defendant were mailed, shipped, and transported using the Internet, a means and facility of interstate or

foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO

18 U.S.C. § 2252A(a)(5)(B)
Possession of Child Pornography

On or about and between October 11, 2013 and April 23, 2014, both dates being approximate and inclusive, within the Eastern District of Michigan and elsewhere, the defendant, Daniel John KAUTEN, knowingly possessed material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that is, visual depictions of sexually explicit conduct that involved prepubescent minors and minors who had not attained 12 years of age; and the images distributed by the defendant were mailed, shipped, and transported using the Internet, a means and facility of interstate or foreign commerce, and were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS

18 U.S.C. §2253; 28 U.S.C. § 2461(c)
Criminal Forfeiture

The allegations contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

2

pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c).

Upon conviction of either of the offenses charged in Counts One and Two of the Information, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

If any of the property subject to forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c), as a result of any act or omission of the defendant--

a) cannot be located upon the exercise of due diligence;
b) has been transferred to, sold to, or deposited with a third party;
c) has been placed beyond the jurisdiction of this Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be divided without difficulty;

the United States of America intends to seek forfeiture of all other property of the defendant up to the value of forfeiture applicable in this case pursuant to Title 21,

3

United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

BARBARA L. McQUADE
United States Attorney

*s/Matthew Roth*
MATTHEW A. ROTH
Chief, General Crimes Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9186
matthew.roth2@usdoj.gov

*s/Hank Moon*
HANK MOON
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-0220
hank.moon@usdoj.gov
Bar #: DC 1026010

Dated: February 6, 2017

| | |
|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** |

Case: 2:17-cr-20095
Judge: Cleland, Robert H.
MJ: Majzoub, Mona K.
Filed: 02-15-2017 At 03:55 PM
INFO USA V. KAUTEN (LH)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: Hem |

**Case Title:** USA v. Daniel John Kauten

**County where offense occurred:** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information --- **no prior complaint.**
____Indictment/____Information --- **based upon prior complaint** [Case number:                    ]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Daniel John Kauten | 18 U.S.C. 2252A(a)(2)<br>18 U.S.C. 2252A(a)(5)(B) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 15, 2017
       Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0220
Fax:   313-226-2372
E-Mail address: hank.moon@usdoj.gov
Attorney Bar #: DC 1026010

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.